UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAY LEE JONES,

           Plaintiff,

   - against -

RCW, INC.,

           Defendant.

24-cv-9232 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **March 4, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

Dated:    New York, New York
           December 4, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge